JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLEEN M. F., an Individual,<br><br>                Plaintiff,<br><br>      v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>                Defendant. | Case No. 2:22-08939 ADS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further proceedings.

DATED:   February 26, 2024

                                            /s/ Autumn D. Spaeth  
                                      THE HONORABLE AUTUMN D. SPAETH  
                                      United States District Judge