JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA   91355
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOLEEN M. F., | ) | No. 2:22-08939 ADS |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |
| vs. | ) | |
| MARTIN J. O'MALLEY, COMMISSIONER OF SOCIAL SECURITY | ) | |
| Defendant | ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $8,088.00 in attorney's fees, subject to the terms of the stipulation.

Dated:    May 21, 2024

/s/ Autumn D. Spaeth
HON. AUTUMN D. SPAETH
U.S. Magistrate Judge